LOCAL FORM 2
PAY ADVICE COVER SHEET

UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re:                                                    )
    **Earl A. Sapp**                    ,    )
    **Debra J. Sapp**                   ,    )   Case No.  **19-14653**
                                             )   Chapter   **7**
Debtor..                                                  )

### PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☑   Pay advices are attached as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| CENTRAL OKLAHOMA TRANS & PARKING | 07/2019 | 11/2019 |
| CHOCTAW-NICOMA PARK PUBLIC SCHOOLS | 07/2019 | 09/2019 |

☐   The debtor certifies by his/her signature below that he/she has no pay records because:_____

Dated on __**November 27, 2019**__.

          **/s/ Earl A. Sapp**
          **Earl A. Sapp**
          (Debtor Signature)

          **/s/ Debra J. Sapp**
          **Debra J. Sapp**
          (Joint Signature)

          ☐ Pro se Debtor
          ☑ Represented by Counsel

          **/s/ Dekovan L. Bowler**
          (Attorney Signature)
          **Dekovan L. Bowler 15193**
          **8333 S.E. 15th Street**
          **Midwest City, OK 73110**
          Attorney for the Debtors
          **405-733-3000 Office**
          **405-455-3558 Fax**
          dlbowler@hotmail.com

| CENTRAL OKLA TRANS & PARKING<br>2000 S. MAY AVE<br>OKLAHOMA CITY, OK 73108 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | COT-CENTRAL OK PARK AND TRANS<br>07/07/2019<br>07/20/2019 | Business Unit:<br>Advice #:<br>Advice Date: | COTPA<br>000000005618988<br>07/26/2019 | |
|---|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **OK State** |
| EARL A SAPP<br>12815 MARSHAL DR<br>CHOCTAW, OK 73020 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 46982<br>5200240-Fleet Management<br>Maintenance Mechanics<br>Partsperson<br>$23.400000 Hourly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0 | Single<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Earnings | Description | | Current | YTD |
| Regular Pay | 23.400000 | 40.00 | 936.00 | 25,308.30 | Fed Withholdng | | 307.73 | 8,341.62 |
| Annual Leave Bonus | 23.400000 | 2.00 | 46.80 | 46.80 | Fed MED/EE | | 34.31 | 754.02 |
| Sick Leave Pay | 23.400000 | 40.00 | 936.00 | 936.00 | Fed OASDI/EE | | 146.69 | 3,224.08 |
| Overtime | 35.100000 | 18.72 | 657.08 | 24,636.68 | OK Withholdng | | 94.00 | 2,236.00 |
| Shift Diff - COTPA 1 | | | 0.00 | 960.02 | | | | |
| OVT COTPA Shift Diff 1 | | | 0.00 | 863.00 | | | | |
| Holiday Pay | | | 0.00 | 738.88 | | | | |
| Misc Pay In Dollars | | | 0.00 | 666.00 | | | | |
| Personal Days Pay | | | 0.00 | 551.68 | | | | |
| Retroactive Pay -Regular | | | 0.00 | 99.20 | | | | |
| Retroactive Pay On Overtime | | | 0.00 | 133.18 | | | | |
| | | | | 54,939.74 | TOTAL: | | 582.73 | 14,555.72 |
| TOTAL: | | 100.72 | 2,575.88 | | | | | |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Blue Care Dental Before Tax | 25.07 | 350.98 | Long Term Disability-After Tax | 13.70 | 191.80 | Blue Care Dental Before Tax | 8.00 | 112.00 |
| HMO - BTax | 136.66 | 1,913.24 | COTPA Amalg Transit Union | 37.25 | 521.50 | HMO - BTax | 774.40 | 10,841.60 |
| Vision Care - BTax | 6.49 | 90.86 | COTPA Voluntary Term Life AD&D | 81.00 | 1,336.50 | COTPA Pension | 120.10 | 1,801.50 |
| COTPA Health Care FSA | 41.66 | 583.35 | Individual Term Life Insurance | 41.00 | 574.00 | HMO Administrative Fee - City | 15.63 | 47.82 |
| COTPA Pension Represented EE | 97.04 | 1,455.60 | Texas Life Permanent Insurance | 65.25 | 913.50 | FSA Administrative Fees | 0.00 | 5.81 |
| | | | | | | COTPA Short Term Disability | 0.00 | 294.28 |
| | | | | | | COTPA Life Insurance | 0.00 | 27.72 |
| | | | | | | Employee Assistance Program | 0.00 | 11.38 |
| TOTAL: | 306.92 | 4,394.03 | TOTAL: | 238.20 | 3,537.30 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,575.88 | 2,268.96 | 582.73 | 545.12 | 1,448.03 |
| YTD | 54,939.74 | 50,545.71 | 14,555.72 | 7,931.33 | 32,452.69 |

| LEAVE BALANCE | | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Type | Earned | Balance | | Account Type | Account Number | Deposit Amount |
| CAL | 0.00 | 14.00 | Advice #000000005618988 | Savings | 5687613 | 60.00 |
| CPD | 0.00 | 0.00 | | Checking | 806153897 | 1,388.03 |
| CSB | 0.00 | 0.00 | | | | |
| CSC | 3.08 | 418.98 | | | | |
| CUS | 0.00 | 0.00 | | | | |
| CVA | 0.00 | 0.00 | TOTAL: | | | 1,448.03 |
| MIL | 0.00 | 0.00 | | | | |

MESSAGE:

| CENTRAL OKLA TRANS & PARKING<br>2000 S. MAY AVE<br>OKLAHOMA CITY, OK 73108 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | COT-CENTRAL OK PARK AND TRANS<br>07/21/2019<br>08/03/2019 | Business Unit:<br>Advice #:<br>Advice Date: | COTPA<br>000000005619249<br>08/09/2019 | |
|---|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **OK State** |
| EARL A SAPP<br>12815 MARSHAL DR<br>CHOCTAW, OK 73020 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 46982<br>5200240-Fleet Management<br>Maintenance Mechanics<br>Partsperson<br>$23.400000 Hourly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0 | Single<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Earnings** | **Description** | | **Current** | **YTD** |
| Regular Pay | 23.400000 | 65.25 | 1,526.85 | 26,835.15 | Fed Withholdng | | 179.90 | 8,594.00 |
| Annual Leave Bonus | 23.400000 | 12.00 | 280.80 | 327.60 | Fed MED/EE | | 25.88 | 791.68 |
| Sick Leave Pay | 23.400000 | 8.00 | 187.20 | 1,123.20 | Fed OASDI/EE | | 110.67 | 3,385.12 |
| Shift Diff - COTPA 1 | | | 0.00 | 960.02 | OK Withholdng | | 65.00 | 2,322.00 |
| OVT COTPA Shift Diff 1 | | | 0.00 | 863.00 | | | | |
| Holiday Pay | | | 0.00 | 738.88 | | | | |
| Incentive Pay Dollars | | | 0.00 | 812.37 | | | | |
| Misc Pay In Dollars | | | 0.00 | 666.00 | | | | |
| Overtime | | | 0.00 | 24,636.68 | | | | |
| Personal Days Pay | | | 0.00 | 551.68 | | | | |
| Retroactive Pay -Regular | | | 0.00 | 99.20 | | | | |
| Retroactive Pay On Overtime | | | 0.00 | 133.18 | | | | |
| **TOTAL:** | | **85.25** | **1,994.85** | **57,746.96** | **TOTAL:** | | **381.45** | **15,092.80** |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Blue Care Dental Before Tax | 25.07 | 376.05 | Long Term Disability-After Tax | 13.70 | 205.50 | Blue Care Dental Before Tax | 8.00 | 120.00 |
| HMO - BTax | 136.66 | 2,049.90 | COTPA Amalg Transit Union | 37.25 | 558.75 | HMO - BTax | 774.40 | 11,616.00 |
| Vision Care - BTax | 6.49 | 97.35 | COTPA Voluntary Term Life AD&D | 81.00 | 1,417.50 | Employee Assistance Program | 1.84 | 13.22 |
| COTPA Health Care FSA | 41.67 | 625.02 | Individual Term Life Insurance | 41.00 | 615.00 | COTPA Life Insurance | 3.96 | 31.68 |
| COTPA Pension Represented EE | 97.04 | 1,552.64 | Texas Life Permanent Insurance | 65.25 | 978.75 | COTPA Short Term Disability | 42.04 | 336.32 |
| | | | | | | COTPA Pension | 120.10 | 1,921.60 |
| | | | | | | FSA Administrative Fees | 0.83 | 6.64 |
| | | | | | | HMO Administrative Fee - City | 15.63 | 63.45 |
| **TOTAL:** | **306.93** | **4,700.96** | **TOTAL:** | **238.20** | **3,775.50** | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,994.85 | 1,687.92 | 381.45 | 545.13 | 1,068.27 |
| YTD | 57,746.96 | 53,046.00 | 15,092.80 | 8,476.46 | 34,177.70 |

### LEAVE BALANCE / NET PAY DISTRIBUTION

| LEAVE BALANCE | | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|
| **Type** | **Earned** | **Balance** | | **Account Type** / **Account Number** | **Deposit Amount** |
| CAL | 0.00 | 2.00 | Advice #000000005619249 | Savings  5687613 | 60.00 |
| CPD | 0.00 | 0.00 | | Checking  806153897 | 1,008.27 |
| CSB | 0.00 | 0.00 | | | |
| CSC | 3.08 | 414.07 | | | |
| CUS | 0.00 | 0.00 | | | |
| CVA | 0.00 | 0.00 | **TOTAL:** | | 1,068.27 |
| MIL | 0.00 | 0.00 | | | |

MESSAGE:

| CENTRAL OKLA TRANS & PARKING<br>2000 S. MAY AVE<br>OKLAHOMA CITY, OK 73108 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | COT-CENTRAL OK PARK AND TRANS<br>08/04/2019<br>08/17/2019 | Business Unit:<br>Advice #:<br>Advice Date: | COTPA<br>000000005619489<br>08/23/2019 |
|---|---|---|---|---|

| | | | | **TAX DATA:** | Federal | OK State |
|---|---|---|---|---|---|---|
| EARL A SAPP<br>12815 MARSHAL DR<br>CHOCTAW, OK 73020 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 46982<br>5200240-Fleet Management<br>Maintenance Mechanics<br>Partsperson<br>$23.400000 Hourly | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0 | Single<br>0 |

## HOURS AND EARNINGS

| | | Current | | YTD | **TAXES** | | |
|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular Pay | 23.400000 | 74.15 | 1,735.11 | 28,570.26 | Fed Withholdng | 253.36 | 8,847.36 |
| Sick Leave Pay | 23.400000 | 8.00 | 187.20 | 1,310.40 | Fed MED/EE | 30.72 | 822.40 |
| Overtime | 35.100000 | 11.58 | 406.46 | 25,043.14 | Fed OASDI/EE | 131.37 | 3,516.49 |
| Annual Leave Bonus | | | 0.00 | 327.60 | OK Withholdng | 82.00 | 2,404.00 |
| Shift Diff - COTPA 1 | | | 0.00 | 960.02 | | | |
| OVT COTPA Shift Diff 1 | | | 0.00 | 863.00 | | | |
| Holiday Pay | | | 0.00 | 738.88 | | | |
| Incentive Pay Dollars | | | 0.00 | 812.37 | | | |
| Misc Pay In Dollars | | | 0.00 | 666.00 | | | |
| Personal Days Pay | | | 0.00 | 551.68 | | | |
| Retroactive Pay -Regular | | | 0.00 | 99.20 | | | |
| Retroactive Pay On Overtime | | | 0.00 | 133.18 | | | |
| **TOTAL:** | | 93.73 | 2,328.77 | 60,075.73 | **TOTAL:** | 497.45 | 15,590.25 |

| **BEFORE-TAX DEDUCTIONS** | | | **AFTER-TAX DEDUCTIONS** | | | **EMPLOYER PAID BENEFITS** | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Blue Care Dental Before Tax | 25.07 | 401.12 | Long Term Disability-After Tax | 13.70 | 219.20 | Blue Care Dental Before Tax | 8.00 | 128.00 |
| HMO - BTax | 136.66 | 2,186.56 | COTPA Amalg Transit Union | 37.25 | 596.00 | HMO - BTax | 774.40 | 12,390.40 |
| Vision Care - BTax | 6.49 | 103.84 | COTPA Voluntary Term Life AD&D | 81.00 | 1,498.50 | COTPA Pension | 120.10 | 2,041.70 |
| COTPA Health Care FSA | 41.66 | 666.68 | Individual Term Life Insurance | 41.00 | 656.00 | HMO Administrative Fee - City | 15.63 | 79.08 |
| COTPA Pension Represented EE | 97.04 | 1,649.68 | Texas Life Permanent Insurance | 65.25 | 1,044.00 | FSA Administrative Fees | 0.00 | 6.64 |
| | | | | | | COTPA Short Term Disability | 0.00 | 336.32 |
| | | | | | | COTPA Life Insurance | 0.00 | 31.68 |
| | | | | | | Employee Assistance Program | 0.00 | 13.22 |
| **TOTAL:** | 306.92 | 5,007.88 | **TOTAL:** | 238.20 | 4,013.70 | *TAXABLE | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 2,328.77 | 2,021.85 | 497.45 | 545.12 | 1,286.20 |
| YTD | 60,075.73 | 55,067.85 | 15,590.25 | 9,021.58 | 35,463.90 |

| **LEAVE BALANCE** | | | **NET PAY DISTRIBUTION** | | | |
|---|---|---|---|---|---|---|
| **Type** | **Earned** | **Balance** | | **Account Type** | **Account Number** | **Deposit Amount** |
| CAL | 0.00 | 2.00 | Advice #000000005619489 | Savings | 5687613 | 60.00 |
| CPD | 0.00 | 0.00 | | Checking | 806153897 | 1,226.20 |
| CSB | 0.00 | 0.00 | | | | |
| CSC | 3.08 | 409.15 | | | | |
| CUS | 0.00 | 0.00 | | | | |
| CVA | 0.00 | 0.00 | **TOTAL:** | | | 1,286.20 |
| MIL | 0.00 | 0.00 | | | | |

**MESSAGE:**

**CENTRAL OKLA TRANS & PARKING**
2000 S. MAY AVE
OKLAHOMA CITY, OK 73108

| Pay Group: | COT-CENTRAL OK PARK AND TRANS |
|---|---|
| Pay Begin Date: | 08/18/2019 |
| Pay End Date: | 08/31/2019 |

| Business Unit: | COTPA |
|---|---|
| Advice #: | 000000005619727 |
| Advice Date: | 09/06/2019 |

**EARL A SAPP**
12815 MARSHAL DR
CHOCTAW, OK 73020

| Employee ID: | 46982 |
|---|---|
| Department: | 5200240-Fleet Management |
| Location: | Maintenance Mechanics |
| Job Title: | Partsperson |
| Pay Rate: | $23.400000 Hourly |

| TAX DATA: | Federal | OK State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 23.400000 | 80.00 | 1,872.00 | 30,442.26 |
| Sick Leave Pay | 23.400000 | 8.00 | 187.20 | 1,497.60 |
| Overtime | 35.100000 | 3.56 | 124.95 | 25,168.09 |
| Annual Leave Bonus | | | 0.00 | 327.60 |
| Shift Diff - COTPA 1 | | | 0.00 | 960.02 |
| OVT COTPA Shift Diff 1 | | | 0.00 | 863.00 |
| Holiday Pay | | | 0.00 | 738.88 |
| Incentive Pay Dollars | | | 0.00 | 812.37 |
| Misc Pay In Dollars | | | 0.00 | 666.00 |
| Personal Days Pay | | | 0.00 | 551.68 |
| Retroactive Pay -Regular | | | 0.00 | 99.20 |
| Retroactive Pay On Overtime | | | 0.00 | 133.18 |
| **TOTAL:** | | **91.56** | **2,184.15** | **62,259.88** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 221.55 | 9,068.91 |
| Fed MED/EE | 28.63 | 851.03 |
| Fed OASDI/EE | 122.40 | 3,638.89 |
| OK Withholdng | 74.00 | 2,478.00 |
| **TOTAL:** | **446.58** | **16,036.83** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Care Dental Before Tax | 25.07 | 426.19 |
| HMO - BTax | 136.66 | 2,323.22 |
| Vision Care - BTax | 6.49 | 110.33 |
| COTPA Health Care FSA | 41.67 | 708.35 |
| COTPA Pension Represented EE | 97.04 | 1,746.72 |
| **TOTAL:** | **306.93** | **5,314.81** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Long Term Disability-After Tax | 13.70 | 232.90 |
| COTPA Amalg Transit Union | 37.25 | 633.25 |
| COTPA Voluntary Term Life AD&D | 81.00 | 1,579.50 |
| Individual Term Life Insurance | 41.00 | 697.00 |
| Texas Life Permanent Insurance | 65.25 | 1,109.25 |
| **TOTAL:** | **238.20** | **4,251.90** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Care Dental Before Tax | 8.00 | 136.00 |
| HMO - BTax | 774.40 | 13,164.80 |
| Employee Assistance Program | 1.84 | 15.06 |
| COTPA Life Insurance | 3.96 | 35.64 |
| COTPA Short Term Disability | 42.04 | 378.36 |
| COTPA Pension | 120.10 | 2,161.80 |
| FSA Administrative Fees | 0.83 | 7.47 |
| HMO Administrative Fee - City | 15.63 | 94.71 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,184.15 | 1,877.22 | 446.58 | 545.13 | 1,192.44 |
| YTD | 62,259.88 | 56,945.07 | 16,036.83 | 9,566.71 | 36,656.34 |

### LEAVE BALANCE

| Type | Earned | Balance |
|---|---|---|
| CAL | 0.00 | 2.00 |
| CPD | 0.00 | 0.00 |
| CSB | 0.00 | 0.00 |
| CSC | 3.08 | 404.23 |
| CUS | 0.00 | 0.00 |
| CVA | 0.00 | 0.00 |
| MIL | 0.00 | 0.00 |

### NET PAY DISTRIBUTION

Advice #000000005619727

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | 5687613 | 60.00 |
| Checking | 806153897 | 1,132.44 |
| **TOTAL:** | | **1,192.44** |

**MESSAGE:**

| CENTRAL OKLA TRANS & PARKING<br>2000 S. MAY AVE<br>OKLAHOMA CITY, OK 73108 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | COT-CENTRAL OK PARK AND TRANS<br>09/01/2019<br>09/14/2019 | Business Unit: COTPA<br>Advice #: 000000005619979<br>Advice Date: 09/20/2019 | | |
|---|---|---|---|---|---|
| EARL A SAPP<br>12815 MARSHAL DR<br>CHOCTAW, OK 73020 | Employee ID: 46982<br>Department: 5200240-Fleet Management<br>Location: Maintenance Mechanics<br>Job Title: Partsperson<br>Pay Rate: $23.400000 Hourly | | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal<br>Single<br>0 | OK State<br>Single<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Earnings | Description | | Current | YTD |
| Regular Pay | 23.400000 | 72.00 | 1,684.80 | 32,127.06 | Fed Withholdng | | 181.83 | 9,250.74 |
| Holiday Pay | 23.400000 | 8.00 | 187.20 | 187.20 | Fed MED/EE | | 26.01 | 877.04 |
| Overtime | 35.100000 | 3.75 | 131.62 | 25,299.71 | Fed OASDI/EE | | 111.21 | 3,750.10 |
| Annual Leave Bonus | | | 0.00 | 327.60 | OK Withholdng | | 65.00 | 2,543.00 |
| Shift Diff - COTPA 1 | | | 0.00 | 960.02 | | | | |
| OVT COTPA Shift Diff 1 | | | 0.00 | 863.00 | | | | |
| Holiday Pay | | | 0.00 | 738.88 | | | | |
| Incentive Pay Dollars | | | 0.00 | 812.37 | | | | |
| Misc Pay In Dollars | | | 0.00 | 666.00 | | | | |
| Personal Days Pay | | | 0.00 | 551.68 | | | | |
| Retroactive Pay -Regular | | | 0.00 | 99.20 | | | | |
| Retroactive Pay On Overtime | | | 0.00 | 133.18 | | | | |
| Sick Leave Pay | | | 0.00 | 1,497.60 | | | | |
| TOTAL: | | 83.75 | 2,003.62 | 64,263.50 | TOTAL: | | 384.05 | 16,420.88 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Blue Care Dental Before Tax | 25.07 | 451.26 | Long Term Disability-After Tax | 13.70 | 246.60 | Blue Care Dental Before Tax | 8.00 | 144.00 |
| HMO - BTax | 136.66 | 2,459.88 | COTPA Amalg Transit Union | 37.25 | 670.50 | HMO - BTax | 774.40 | 13,939.20 |
| Vision Care - BTax | 6.49 | 116.82 | COTPA Voluntary Term Life AD&D | 81.00 | 1,660.50 | COTPA Pension | 120.10 | 2,281.90 |
| COTPA Health Care FSA | 41.66 | 750.01 | Individual Term Life Insurance | 41.00 | 738.00 | HMO Administrative Fee - City | 15.63 | 110.34 |
| COTPA Pension Represented EE | 97.04 | 1,843.76 | Texas Life Permanent Insurance | 65.25 | 1,174.50 | FSA Administrative Fees | 0.00 | 7.47 |
| | | | | | | COTPA Short Term Disability | 0.00 | 378.36 |
| | | | | | | COTPA Life Insurance | 0.00 | 35.64 |
| | | | | | | Employee Assistance Program | 0.00 | 15.06 |
| TOTAL: | 306.92 | 5,621.73 | TOTAL: | 238.20 | 4,490.10 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,003.62 | 1,696.70 | 384.05 | 545.12 | 1,074.45 |
| YTD | 64,263.50 | 58,641.77 | 16,420.88 | 10,111.83 | 37,730.79 |

| LEAVE BALANCE | | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Type | Earned | Balance | | Account Type | Account Number | Deposit Amount |
| CAL | 0.00 | 2.00 | Advice #000000005619979 | Savings | 5687613 | 60.00 |
| CPD | 0.00 | 0.00 | | Checking | 806153897 | 1,014.45 |
| CSB | 0.00 | 0.00 | | | | |
| CSC | 3.08 | 407.32 | | | | |
| CUS | 0.00 | 0.00 | | | | 1,074.45 |
| CVA | 0.00 | 0.00 | TOTAL: | | | |
| MIL | 0.00 | 0.00 | | | | |

MESSAGE:

| CENTRAL OKLA TRANS & PARKING<br>2000 S. MAY AVE<br>OKLAHOMA CITY, OK 73108 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | COT-CENTRAL OK PARK AND TRANS<br>09/15/2019<br>09/28/2019 | Business Unit:<br>Advice #:<br>Advice Date: | COTPA<br>000000005620225<br>10/04/2019 | |
|---|---|---|---|---|---|
| | | | TAX DATA: | Federal | OK State |
| EARL A SAPP<br>12815 MARSHAL DR<br>CHOCTAW, OK 73020 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 46982<br>5200240-Fleet Management<br>Maintenance Mechanics<br>Partsperson<br>$23.400000 Hourly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0 | Single<br>0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Earnings |
|---|---|---|---|---|
| Regular Pay | 23.400000 | 80.01 | 1,872.23 | 33,999.29 |
| Overtime | 35.100000 | 4.20 | 147.42 | 25,447.13 |
| Annual Leave Bonus | | | 0.00 | 327.60 |
| Shift Diff - COTPA 1 | | | 0.00 | 960.02 |
| OVT COTPA Shift Diff 1 | | | 0.00 | 863.00 |
| Holiday Pay | | | 0.00 | 738.88 |
| Holiday Pay | | | 0.00 | 187.20 |
| Incentive Pay Dollars | | | 0.00 | 812.37 |
| Misc Pay In Dollars | | | 0.00 | 666.00 |
| Personal Days Pay | | | 0.00 | 551.68 |
| Retroactive Pay -Regular | | | 0.00 | 99.20 |
| Retroactive Pay On Overtime | | | 0.00 | 133.18 |
| Sick Leave Pay | | | 0.00 | 1,497.60 |
| TOTAL: | | 84.21 | 2,019.65 | 66,283.15 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 185.36 | 9,436.10 |
| Fed MED/EE | 26.24 | 903.28 |
| Fed OASDI/EE | 112.21 | 3,862.31 |
| OK Withholdng | 66.00 | 2,609.00 |
| TOTAL: | 389.81 | 16,810.69 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Care Dental Before Tax | 25.07 | 476.33 |
| HMO - BTax | 136.66 | 2,596.54 |
| Vision Care - BTax | 6.49 | 123.31 |
| COTPA Health Care FSA | 41.67 | 791.68 |
| COTPA Pension Represented EE | 97.04 | 1,940.80 |
| TOTAL: | 306.93 | 5,928.66 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Long Term Disability-After Tax | 13.70 | 260.30 |
| COTPA Amalg Transit Union | 37.25 | 707.75 |
| COTPA Voluntary Term Life AD&D | 81.00 | 1,741.50 |
| Individual Term Life Insurance | 41.00 | 779.00 |
| Texas Life Permanent Insurance | 65.25 | 1,239.75 |
| TOTAL: | 238.20 | 4,728.30 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Care Dental Before Tax | 8.00 | 152.00 |
| HMO - BTax | 774.40 | 14,713.60 |
| Employee Assistance Program | 1.84 | 16.90 |
| COTPA Life Insurance | 3.96 | 39.60 |
| COTPA Short Term Disability | 42.04 | 420.40 |
| COTPA Pension | 120.10 | 2,402.00 |
| FSA Administrative Fees | 0.83 | 8.30 |
| HMO Administrative Fee - City | 15.63 | 125.97 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,019.65 | 1,712.72 | 389.81 | 545.13 | 1,084.71 |
| YTD | 66,283.15 | 60,354.49 | 16,810.69 | 10,656.96 | 38,815.50 |

### LEAVE BALANCE

| Type | Earned | Balance |
|---|---|---|
| CAL | 0.00 | 2.00 |
| CPD | 24.00 | 24.00 |
| CSB | 0.00 | 0.00 |
| CSC | 3.08 | 410.40 |
| CUS | 0.00 | 0.00 |
| CVA | 80.00 | 80.00 |
| MIL | 0.00 | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000005620225 | Savings | 5687613 | 60.00 |
| | Checking | 806153897 | 1,024.71 |
| TOTAL: | | | 1,084.71 |

MESSAGE:

| CENTRAL OKLA TRANS & PARKING<br>2000 S. MAY AVE<br>OKLAHOMA CITY, OK 73108 | | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | COT-CENTRAL OK PARK AND TRANS<br>09/29/2019<br>10/12/2019 | | Business Unit:<br>Advice #:<br>Advice Date: | COTPA<br>000000005620477<br>10/18/2019 | |
|---|---|---|---|---|---|---|---|---|

| | | | | | | TAX DATA: | Federal | OK State |
|---|---|---|---|---|---|---|---|---|
| EARL A SAPP<br>12815 MARSHAL DR<br>CHOCTAW, OK 73020 | | | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 46982<br>5200240-Fleet Management<br>Maintenance Mechanics<br>Partsperson<br>$23.400000 Hourly | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0 | Single<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Earnings | Description | | Current | YTD |
| Regular Pay | 23.400000 | 80.02 | 1,872.47 | 35,871.76 | Fed Withholdng | | 179.77 | 9,615.87 |
| Overtime | 35.100000 | 3.47 | 121.80 | 25,568.93 | Fed MED/EE | | 25.88 | 929.16 |
| Annual Leave Bonus | | | 0.00 | 327.60 | Fed OASDI/EE | | 110.63 | 3,972.94 |
| Shift Diff - COTPA 1 | | | 0.00 | 960.02 | OK Withholdng | | 65.00 | 2,674.00 |
| OVT COTPA Shift Diff 1 | | | 0.00 | 863.00 | | | | |
| Holiday Pay | | | 0.00 | 738.88 | | | | |
| Holiday Pay | | | 0.00 | 187.20 | | | | |
| Incentive Pay Dollars | | | 0.00 | 812.37 | | | | |
| Misc Pay In Dollars | | | 0.00 | 666.00 | | | | |
| Personal Days Pay | | | 0.00 | 551.68 | | | | |
| Retroactive Pay -Regular | | | 0.00 | 99.20 | | | | |
| Retroactive Pay On Overtime | | | 0.00 | 133.18 | | | | |
| Sick Leave Pay | | | 0.00 | 1,497.60 | | | | |
| TOTAL: | | 83.49 | 1,994.27 | 68,277.42 | TOTAL: | | 381.28 | 17,191.97 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Care Dental Before Tax | 25.07 | 501.40 |
| HMO - BTax | 136.66 | 2,733.20 |
| Vision Care - BTax | 6.49 | 129.80 |
| COTPA Health Care FSA | 41.66 | 833.34 |
| COTPA Pension Represented EE | 97.04 | 2,037.84 |
| TOTAL: | 306.92 | 6,235.58 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Long Term Disability-After Tax | 13.70 | 274.00 |
| COTPA Amalg Transit Union | 37.25 | 745.00 |
| COTPA Voluntary Term Life AD&D | 81.00 | 1,822.50 |
| Individual Term Life Insurance | 41.00 | 820.00 |
| Texas Life Permanent Insurance | 65.25 | 1,305.00 |
| TOTAL: | 238.20 | 4,966.50 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Care Dental Before Tax | 8.00 | 160.00 |
| HMO - BTax | 774.40 | 15,488.00 |
| COTPA Pension | 120.10 | 2,522.10 |
| HMO Administrative Fee - City | 15.63 | 141.60 |
| FSA Administrative Fees | 0.00 | 8.30 |
| COTPA Short Term Disability | 0.00 | 420.40 |
| COTPA Life Insurance | 0.00 | 39.60 |
| Employee Assistance Program | 0.00 | 16.90 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,994.27 | 1,687.35 | 381.28 | 545.12 | 1,067.87 |
| YTD | 68,277.42 | 62,041.84 | 17,191.97 | 11,202.08 | 39,883.37 |

### LEAVE BALANCE

| Type | Earned | Balance |
|---|---|---|
| CAL | 0.00 | 2.00 |
| CPD | 0.00 | 24.00 |
| CSB | 0.00 | 0.00 |
| CSC | 3.08 | 413.48 |
| CUS | 0.00 | 0.00 |
| CVA | 0.00 | 80.00 |
| MIL | 0.00 | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000005620477 | Savings | 5687613 | 60.00 |
| | Checking | 806153897 | 1,007.87 |
| TOTAL: | | | 1,067.87 |

MESSAGE:

| CENTRAL OKLA TRANS & PARKING<br>2000 S. MAY AVE<br>OKLAHOMA CITY, OK 73108 | | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | COT-CENTRAL OK PARK AND TRANS<br>10/13/2019<br>10/26/2019 | | | Business Unit:<br>Advice #:<br>Advice Date: | COTPA<br>000000005620731<br>11/01/2019 | |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | TAX DATA: | Federal | OK State |
|---|---|---|---|---|---|---|---|---|---|
| EARL A SAPP<br>12815 MARSHAL DR<br>CHOCTAW, OK 73020 | | | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 46982<br>5200240-Fleet Management<br>Maintenance Mechanics<br>Partsperson<br>$23.400000 Hourly | | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0 | Single<br>0 |

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | Current | | | YTD | | | |
| Description | Rate | Hours | Earnings | | Earnings | Description | Current | YTD |
| Regular Pay | 23.400000 | 80.00 | 1,872.00 | | 37,743.76 | Fed Withholdng | 247.08 | 9,862.95 |
| Overtime | 35.100000 | 12.20 | 428.22 | | 25,997.15 | Fed MED/EE | 30.31 | 959.47 |
| Annual Leave Bonus | | | 0.00 | | 327.60 | Fed OASDI/EE | 129.60 | 4,102.54 |
| Shift Diff - COTPA 1 | | | 0.00 | | 960.02 | OK Withholdng | 80.00 | 2,754.00 |
| OVT COTPA Shift Diff 1 | | | 0.00 | | 863.00 | | | |
| Holiday Pay | | | 0.00 | | 738.88 | | | |
| Holiday Pay | | | 0.00 | | 187.20 | | | |
| Incentive Pay Dollars | | | 0.00 | | 812.37 | | | |
| Misc Pay In Dollars | | | 0.00 | | 666.00 | | | |
| Personal Days Pay | | | 0.00 | | 551.68 | | | |
| Retroactive Pay -Regular | | | 0.00 | | 99.20 | | | |
| Retroactive Pay On Overtime | | | 0.00 | | 133.18 | | | |
| Sick Leave Pay | | | 0.00 | | 1,497.60 | | | |
| TOTAL: | | 92.20 | 2,300.22 | | 70,577.64 | TOTAL: | 486.99 | 17,678.96 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Blue Care Dental Before Tax | 25.07 | 526.47 | Long Term Disability-After Tax | 13.70 | 287.70 | Blue Care Dental Before Tax | 8.00 | 168.00 |
| HMO - BTax | 136.66 | 2,869.86 | COTPA Amalg Transit Union | 37.25 | 782.25 | HMO - BTax | 774.40 | 16,262.40 |
| Vision Care - BTax | 6.49 | 136.29 | COTPA Voluntary Term Life AD&D | 81.00 | 1,903.50 | Employee Assistance Program | 1.84 | 18.74 |
| COTPA Health Care FSA | 41.67 | 875.01 | Individual Term Life Insurance | 41.00 | 861.00 | COTPA Life Insurance | 3.96 | 43.56 |
| COTPA Pension Represented EE | 97.04 | 2,134.88 | Texas Life Permanent Insurance | 65.25 | 1,370.25 | COTPA Short Term Disability | 42.04 | 462.44 |
| | | | | | | COTPA Pension | 120.10 | 2,642.20 |
| | | | | | | FSA Administrative Fees | 0.83 | 9.13 |
| | | | | | | HMO Administrative Fee - City | 15.63 | 157.23 |
| TOTAL: | 306.93 | 6,542.51 | TOTAL: | 238.20 | 5,204.70 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,300.22 | 1,993.29 | 486.99 | 545.13 | 1,268.10 |
| YTD | 70,577.64 | 64,035.13 | 17,678.96 | 11,747.21 | 41,151.47 |

| LEAVE BALANCE | | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Type | Earned | Balance | | Account Type | Account Number | Deposit Amount |
| CAL | 0.00 | 2.00 | Advice #000000005620731 | Savings | 5687613 | 60.00 |
| CPD | 0.00 | 24.00 | | Checking | 806153897 | 1,208.10 |
| CSB | 0.00 | 0.00 | | | | |
| CSC | 3.08 | 416.57 | | | | |
| CUS | 0.00 | 0.00 | | | | |
| CVA | 0.00 | 80.00 | | | | |
| MIL | 0.00 | 0.00 | TOTAL: | | | 1,268.10 |

MESSAGE:

Employee Portal - 2020
dsapp

Resources



**Name**
SAPP, DEBRA
**Employee No** **State ID**
2231 0

My Info | Pay Info | Leave Balances

Pay Period  2019 9 1 - 22

Quick Glance

Salary Calculation  $7,502.16 / 12 + $10.04 * 2.5000
Net  $590.53

Page 1 of 1   Pdf



**CHOCTAW-NICOMA PARK PUBLIC SCHOOLS**
**12880 N.E. 10TH STREET**
**CHOCTAW, OK  73020**

**Advice of Direct Deposit**

| **Fund** | **Fiscal Year** | **Payment Date** | **Payment No.** | **Depc** |
|---|---|---|---|---|
| CHILD NUTRITION | 20 | 9/25/2019 | 84 | |

**Payee:**  DEBRA SAPP
12815 MARSHALL ST
CHOCTAW OK 73020

**Non-Negotiable**

2231  DEBRA SAPP   Location: 003   MSts: M   Exem: 1   P.O.: 50012   Date: 09/25/2019  An

| | **Gross Pay** | **Federal WH** | **State WH** | **FICA** | **Vol Deducts** | **Net Pay** | **Fringe** |
|---|---|---|---|---|---|---|---|
| Current: | $650.28 | $10.00 | $0.00 | $49.75 | $0.00 | **$590.53** | $48.95 |
| Contract YTD: | $650.28 | $10.00 | $0.00 | $49.75 | | | $48.95 |
| Calendar YTD: | $4,868.93 | $90.00 | $0.00 | $372.48 | | | |

*Taxable Wages = Gross Pay less all pre-tax Voluntary Deductions*

**Gross Salary Calculation for Pay Period:**  19091
Salary:$7,502.16 / 12 + $10.04 * 2.5000

Employee Portal - 2020

dsapp

Resources



**Name**
SAPP, DEBRA
**Employee No**  **State ID**
2231   0

My Info | Pay Info | Leave Balances

Pay Period  2019 8 1 - 11

Quick Glance

Salary Calculation  $1,564.82 / 3
Net  $471.70

Page 1 of 1    Pdf



# CHOCTAW-NICOMA PARK PUBLIC SCHOOLS
## 12880 N.E. 10TH STREET
## CHOCTAW, OK   73020

**Advice of Direct Deposit**

| Fund | Fiscal Year | Payment Date | Payment No. | Depc |
|---|---|---|---|---|
| GENERAL FUND | 19 | 8/23/2019 | 10239 | |

**Payee:**  DEBRA SAPP
12815 MARSHALL ST
CHOCTAW OK 73020

**Non-Negotiable**

| 2231 | DEBRA SAPP | | Location: 003 | MSts: M | Exem: 1 | P.O.: 50821 | Date: | 08/23/2019 | Am |
|---|---|---|---|---|---|---|---|---|---|
| | | Gross Pay | Federal WH | State WH | FICA | Vol Deducts | | Net Pay | Fringe |
| Current: | | $521.60 | $10.00 | $0.00 | $39.90 | $0.00 | | $471.70 | $39.26 |
| Contract YTD: | | $1,569.60 | $30.00 | $0.00 | $120.07 | | | | $118.14 |
| Calendar YTD: | | $4,218.65 | $80.00 | $0.00 | $322.73 | | | | |

*Taxable Wages = Gross Pay less all pre-tax Voluntary Deductions*

**Gross Salary Calculation for Pay Period:**  19081
Salary:$1,564.82 / 3

Employee Portal - 2020

dsapp

Resources



 **Name**
SAPP, DEBRA
**Employee No**   **State ID**
2231   0

My Info | Pay Info | Leave Balances

Pay Period   2019 7 1 - 11

Quick Glance

Salary Calculation   $1,564.82 / 3
Net   $471.71

Page 1 of 1   Pdf

# CHOCTAW-NICOMA PARK PUBLIC SCHOOLS
## 12880 N.E. 10TH STREET
## CHOCTAW, OK   73020

### Advice of Direct Deposit

| Fund | Fiscal Year | Payment Date | Payment No. | Depc |
|---|---|---|---|---|
| GENERAL FUND | 19 | 7/25/2019 | 9657 | |

**Payee:**   DEBRA SAPP
12815 MARSHALL ST
CHOCTAW OK 73020

**Non-Negotiable**

| 2231 | DEBRA SAPP | | Location: 003 | MSts: M | Exem: 1 | P.O.: 50821 | Date: | 07/25/2019 | Am |
|---|---|---|---|---|---|---|---|---|---|
| | | **Gross Pay** | **Federal WH** | **State WH** | **FICA** | **Vol Deducts** | | **Net Pay** | **Fringe** |
| Current: | | $521.61 | $10.00 | $0.00 | $39.90 | $0.00 | | $471.71 | $39.26 |
| Contract YTD: | | $1,048.00 | $20.00 | $0.00 | $80.17 | | | | $78.88 |
| Calendar YTD: | | $3,697.05 | $70.00 | $0.00 | $282.83 | | | | |

\* Taxable Wages = Gross Pay less all pre-tax Voluntary Deductions

**Gross Salary Calculation for Pay Period:**   19071
Salary:$1,564.82 / 3